UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 20-122-WOB-CJS

SECURITIES AND EXCHANGE COMMISSION                                    PLAINTIFF

v.                                          **ORDER**

JOHN BRIAN MCLANE, JR., et al.                                        DEFENDANTS

*** *** *** ***

After the parties indicated that this case was suitable for early alternative dispute resolution, the Court set a court-facilitated settlement conference by videoconference on Thursday, March 4, 2021. (*See* R. 32; R. 34). However, due to technical difficulties beyond the parties' and the Court's control, the settlement conference had to be halted in progress. Since then, the Court has discussed the technical issues with the Court's Office of Information Technology and obtained dates from the parties and counsel to reconvene the settlement conference. Accordingly,

**IT IS ORDERED** that a continued court-facilitated settlement conference will be held in this case on **Wednesday, May 5, 2021, starting at 9:30 a.m. EDT** at the U.S. Courthouse, 35 West Fifth Street, Room 375, in Covington, Kentucky. Attendance at the settlement conference shall be by videoconference for all of the participants. The Court will reach out to the parties and counsel at a later time with the instructions for their video participation, with the Court using a different videoconference platform, and thus different instructions, than that used for the March 4 session. In the interim, the parties may continue their settlement discussions and, should a resolution of the case be reached prior to May 5, they should promptly notify Chambers (smith_chambers@kyed.uscourts.gov). Also, if any of the parties wishes to do so, they may

provide an update to the confidential position statement they previously provided to Chambers by close of business on April 28, 2021.

Dated this 16th day of April, 2021.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

J:\DATA\Orders\civil cov\2020\20-122-WOB order setting ADR 2.docx